Donald J. Kennedy (DK 1859)
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Star Tankers Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Star Tankers Ltd.,

                     Plaintiff,

            - against -

Chem Tankers C.V., and Chemship B.V.,

                     Defendants.

------------------------------------------------------------X

08 Civ. 7078 (AKH)

ECF CASE

**AFFIDAVIT IN SUPPORT OF**
**PRAYER FOR MARITIME**
**ATTACHMENT**

State of New York  )
                       ) ss.:
County of New York )

    Antonio Malaspina, being duly sworn, deposes and says:

    1.    I am an Assistant Managing Clerk with the firm of Carter Ledyard & Milburn LLP, which represents Star Tankers Ltd., the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

6360504.1

2.  I attempted to locate the Defendants, Chem Tankers C.V., and Chemship B.V. within this district by conducting the following investigation on August 7, 2008:

   a.  I checked the 2007–2008 Verizon company information directory for New York and did not find any listings under Chem Tankers C.V and Chemship B.V.

   b.  I called directory assistance for New York and was informed that there was no listing for Chem Tankers C.V and Chemship B.V. in any of the boroughs of New York City or in the surrounding area.

   c.  I searched the White and Yellow Pages for the State of New York on the internet and did not find any listings under Chem Tankers and C.V Chemship B.V.

   d.  I searched the New York State Division of Corporations information database and did not find any listing under Chem Tankers C.V. and Chemship B.V.

   e.  I conducted an internet search using the Google search engine with the search term "Chem Tankers C.V." I found several listings for "Chem Tankers C.V.," all at Safariweg 50, NL-3605 MA Maarssen, The Netherlands.

   f.  I conducted an internet search using the Google search engine with the search term "Chemship B.V." I found several listings for "Chemship B.V.," all at Planetenbaan 108, 3606 AK Maarssen, The Netherlands.

3.  Based on the foregoing, I submit that the Defendants cannot be "found" within this District for the purpose of obtaining a maritime attachment pursuant to Rule B.

4.  Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within this District and subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to, American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A.,

Deutsche Bank Trust Co. Americas, Fortis Bank, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., Standard Chartered Bank, UBS AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. which is due and owing to the Plaintiff.

5. This is Plaintiff's first request for this relief made to any Court.

WHEREFORE, the Plaintiff respectfully requests that this Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants tangible and intangible property within this District in the hands of the aforesaid garnishees.

Dated:   August 7, 2008
         New York, NY

_____
Antonio Malaspina

Sworn and subscribed to before me
this 7th day of August 2008.

_____
Notary Public

EDURIN COLON
Notary Public, State of New York
No. 01CO6168005
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 4, 2011

6360504.1

3