Donald J. Kennedy
Jinsoo J. Ro
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
(212) 732-3200
*Attorneys for Plaintiff Star Tankers Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

STAR TANKERS LTD.,

              Plaintiff,

   - against -

CHEM TANKERS C.V. AND CHEMSHIP B.V.,

              Defendant.
---------------------------------------------------------------- x

Case No.
08 Civ. 7078-AKH

ECF Case

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

     PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff Star Tankers Ltd. hereby dismisses the above-captioned action without prejudice.

Dated: New York, New York
       August 28, 2008

                            CARTER LEDYARD & MILBURN LLP

                            By: _/s/ Donald J. Kennedy_
                                Donald J. Kennedy
                                Jinsoo J. Ro

                            2 Wall Street
                            New York, New York 10005
                            (212) 732-3200
                            *Attorneys for Plaintiff Star Tankers Ltd.*

6359606.1